UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MARK CREPPEL, ET AL.**                        **CIVIL ACTION**

**VERSUS**                                                     **NO. 06-6874**

**AUTOMOBILE CLUB INTER-INSURANCE EXCHANGE**          **SECTION "K"(3)**

### ORDER

Considering the Joint Motion for Limited Reopening of Case for the Purpose of Dismissal with Prejudice (Rec. Doc. 15), and considering the parties' Stipulation of Dismissal (Rec. Doc. 16), accordingly

**IT IS ORDERED** that the Joint Motion for Limited Reopening of Case (Rec. Doc. 15) is **GRANTED**, and

**IT IS FURTHER ORDERED** that the above-captioned case be **DISMISSED WITH PREJUDICE** in its entirety as to all parties, with each party to bear its own costs.

New Orleans, Louisiana, this __28th__ day of December, 2007.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT JUDGE**